```
                                        FILED

                                    08 APR -2 PM 3:37


                                    BY:     ECL      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>　　　　Plaintiff,　　　　)<br>  )<br>　　v.　　　　　　　　　　　　)<br>  )<br>CESAR PONCE-SALAZAR,　　　　)<br>  )<br>　　　　Defendant.　　　　)<br>_____) | Criminal Case No. 08 CR 1019 BTM<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) -<br>Bringing in Illegal Aliens for<br>Financial Gain; Title 18, U.S.C.,<br>Sec. 2 - Aiding and Abetting;<br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The grand jury charges:

Count 1

On or about February 22, 2008, within the Southern District of California, defendant CESAR PONCE-SALAZAR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, David Perez-Rizo, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

NAJ:fer:San Diego
4/1/08

## Count 2

On or about February 22, 2008, within the Southern District of California, defendant CESAR PONCE-SALAZAR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, David Perez-Rizo, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

## Count 3

On or about February 22, 2008, within the Southern District of California, defendant CESAR PONCE-SALAZAR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Salome Barajas-De Anda, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//
//

Count 4

On or about February 22, 2008, within the Southern District of California, defendant CESAR PONCE-SALAZAR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Salome Barajas-De Anda, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 5

On or about February 22, 2008, within the Southern District of California, defendant CESAR PONCE-SALAZAR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Mariano Yanez-Perez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//
//
//

## Count 6

On or about February 22, 2008, within the Southern District of California, defendant CESAR PONCE-SALAZAR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Mariano Yanez-Perez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: April 2, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney