FILED

08 APR -2 PM 3:37

CLERK US DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECC          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) |
| | ) |
| v. | ) NOTICE OF RELATED CASE |
| | ) |
| CESAR PONCE-SALAZAR, | ) |
| | ) |
| Defendant. | ) |
| | ) |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Cesar Ponce-Salazar, Criminal Case No. 08CR0683-BTM.

DATED: April 2, 2008.


KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney