1  KAREN P. HEWITT
   United States Attorney
2  NICOLE ACTON JONES
   Assistant U.S. Attorney
3  California State Bar No. 231929
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5482
   E-mail: nicole.jones@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          ) Criminal Case No. 08CR1019-BTM
                                      )
12          Plaintiff,                ) **GOVERNMENT'S MOTION FOR:**
                                      )
13                                    ) **RECIPROCAL DISCOVERY**
        v.                            )
14                                    ) **TOGETHER WITH STATEMENT OF FACTS**
                                      ) **AND MEMORANDUM OF POINTS AND**
15 CESAR PONCE-SALAZAR,               ) **AUTHORITIES**
                                      )
16          Defendant.                ) Date:  May 9, 2008
                                      ) Time:  1:30 p.m.
17                                    ) Court: The Hon. Barry T. Moskowitz
                                      )
18 _____)

19      COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

20 Karen P. Hewitt, United States Attorney, and Nicole Acton Jones, Assistant United States Attorney, and

21 hereby files its Motion for Reciprocal Discovery in the above-referenced case. The said motion is based

22 upon the files and records of this case together with the attached statement of facts and memorandum

23 of points and authorities.

24 / /

25 / /

26 / /

27 / /

28 / /

**I**

**STATEMENT OF THE CASE**

Defendant Cesar Ponce-Salazar ("Defendant") initially accepted a Fast-Track disposition offer in this case. On March 11, 2008, Defendant waived indictment, stipulated to the release of the material witnesses and entered a plea of not guilty to an information charging him with a single count of Transportation of Illegal Aliens, in violation of Title 8, United States Code, Section 1324. The initial change of plea hearing was set for March 25, 2008 before Magistrate Judge Stormes, but on that date Defendant requested and received a continuance to April 3, 2008. Defendant subsequently changed his mind and rejected the Government's Fast-Track disposition offer.

On April 2, 2008, a federal grand jury in the Southern District of California returned a six-count Indictment charging Defendant with Bringing in Illegal Aliens for Financial Gain and Transportation of Illegal Aliens, in violation of Title 8, United States Code, Section 1324. On April 3, 2008, Defendant was arraigned on the Indictment and entered a plea of not guilty. On that same date, Judge Stormes granted Defendant's request to stay the March 11, 2008 Order releasing the material witnesses, to the extent the Order had not already been executed. Border Patrol subsequently confirmed that, in accordance with the March 11 Order, the material witnesses had been returned to Mexico on March 13, 2008.

**II**

**STATEMENT OF FACTS**

On February 22, 2008, the North County Smuggling Interdiction Group ("SIG") was assigned to patrol the I-15 corridor, which is an area notorious for alien and drug smuggling. Agent Mondragon was working in uniform and driving a fully marked vehicle. The remaining members of the team were in plain clothes and unmarked vehicles.

At about 10:10 a.m., Agent Mondragon was observing northbound traffic on I-15 near the Old Highway 395 exit when he saw a maroon Dodge Stratus pass his location. Agent Mondragon observed that the vehicle was driving at a high rate of speed, appeared heavily loaded, and had heavily tinted windows. Due to rain and heavy traffic, Agent Mondragon lost sight of the vehicle and relayed the vehicle's description to other agents.

1    Agent Martinez observed a vehicle matching Agent Mondragon's description near the Temecula
2 Parkway exist.  Martinez observed the driver and noticed that the passenger windows were fogged up,
3 indicating the presence of several passengers.  Agent Martinez maintained visual contact until Agent
4 Mondragon was able to catch up.  Agent Mondragon then ran records checks on the vehicle and
5 discovered that the vehicle was registered to an address on Logan Avenue in San Diego, which is an area
6 known for harboring and housing illegal aliens until the aliens can be transported to their final
7 destinations.  Agent Mondragon attempted to conduct a vehicle stop by activating his lights and sirens,
8 but the driver failed to yield and accelerated away.  Agent Mondragon terminated pursuit and exited the
9 highway, Agent Martinez, however, maintained visual contact with the suspect vehicle, which was being
10 driven erratically through traffic.  The suspect vehicle eventually became stuck in traffic, at which point
11 the driver, later identified as Defendant, attempted to flee the vehicle, but ended up getting his leg caught
12 between the vehicle's doorframe and the center divide.  A total of six other people were found in the
13 vehicle, three of whom were in the trunk.  Agents Velez and Martinez identified themselves to all of the
14 vehicle's occupants and conducted an immigration interview.  Each individual, including Defendant,
15 admitted to being citizens of Mexico without legal authorization to be in the United States.  All the
16 individuals were arrested and transported to the Murietta Border Patrol Station for processing.

17    At the station, the material witnesses admitted their illegal status and stated that they had crossed
18 into the United States from Mexico on foot, with the help of a guide.  The witnesses stated that after
19 walking for several hours, they were picked up on the side of the road by a vehicle.  The witnesses
20 further stated that they had made arrangements with an unknown smuggler and each were to pay a fee
21 ranging from $1700 to $2500.  The front-seat passenger, material witness Mariano Yanez-Perez,
22 identified Defendant as the driver of the vehicle.

23    At about 4:52 p.m., Defendant elected to waive his <u>Miranda</u> rights and make a statement.
24 Defendant admitted his illegal status, admitted that he knew all of the passengers were also illegally in
25 the United States and admitted that he drove the vehicle.  Defendant claimed that he was one of the
26 smuggled aliens and that he had agreed to drive the group of aliens to Los Angeles in lieu of paying a
27 $2000 smuggling fee.  Defendant also admitted that he knowingly and intentionally failed to yield to
28 Border Patrol and that he had admitted to flee the vehicle.

### III

### UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY

To date, the Government has provided Defendant with 113 pages of discovery and three DVD. The discovery produced includes the report of investigation, the vehicle pursuit report, summaries of Defendant's and the witnesses statements, Defendant's and the witnesses' rap sheets and immigration arrest histories, and the I-213 for each smuggled alien. Defense counsel has yet to request a viewing of Defendant's vehicle. As of the date of this filing, the Government has received no reciprocal discovery.

The Government moves the Court to order Defendant provide all reciprocal discovery to which the United States is entitled under Rules 16(b) and 26.2. Rule 16(b)(2) requires Defendant to disclose to the United States all exhibits and documents which Defendant "intends to introduce as evidence in chief at the trial" and a written summary of the names, anticipated testimony, and bases for opinions of experts the defendant intends to call at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.

### IV

### CONCLUSION

For the foregoing reasons, the Government respectfully requests that its motion be granted.

DATED: April 25, 2008.

Respectfully Submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Nicole Acton Jones*
NICOLE ACTON JONES
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1019-BTM |
| Plaintiff, | ) | |
| v. | ) | |
| CESAR PONCE-SALAZAR, | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, NICOLE ACTON JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. John Ellis, Federal Defenders of San Diego, Inc.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2008.

/s/ *Nicole Acton Jones*
NICOLE ACTON JONES
Assistant U.S. Attorney