1 | **JOHN C. ELLIS, JR.**
California State Bar Number 228083
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | E-mail: john_ellis@fd.org

5 | Attorneys for Mr. Ponce-Salazar

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE BARRY T. MOSKOWITZ)**

11 | UNITED STATES OF AMERICA, ) Case No. 08CR1019-BTM
                             )
12 |             Plaintiff,   ) Date: May 9, 2008
                             ) Time: 1:30 p.m.
13 | v.                       )
                             )
14 | CESAR PONCE-SALAZAR,     ) MOTION FOR ORDER
                             )
15 |             Defendant.   )
    _____ )

16

17 |         CESAR PONCE-SALAZAR, by and through counsel, moves this Court for an order to allow

18 | him to file his NOTICE OF MOTIONS AND MOTIONS in excess of 25 pages due to the instant case

19 | presents significant and numerous issues of law that must be addressed by the Court. The case also involves

20 | a lengthy series of facts that must be set forth to give the arguments context and a factual basis in the record.

21 |                                     Respectfully submitted,

22

23 | DATED: April 28, 2008              _/s/ John C. Ellis, Jr._
                                        JOHN C. ELLIS, JR.
                                        Federal Defenders of San Diego, Inc.
24 |                                     Attorneys for Mr. Ponce-Salazar

25

26

27

28