UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. 08cr1019-BTM |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| CESAR PONCE-SALAZAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Motion for Order has been electronically served this day upon:

> Nicole Jones, Assistant United States Attorney
> 880 Front Street
> San Diego, CA  92101

Dated: April 28, 2008              /s/ John C. Ellis, Jr.
                                    JOHN C. ELLIS, JR.
                                    Federal Defenders
                                    225 Broadway, Suite 900
                                    San Diego, CA 92101-5030
                                    (619) 234-8467  (tel)
                                    (619) 687-2666  (fax)
                                    E-mail: john_ellis@fd.org