1  **JOHN C. ELLIS, JR.**
   California State Bar No. 228083
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: john_ellis@fd.org

5  Attorneys for Cesar Ponce-Salazar

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE M. BERRY T. MOSKOWITZ)**

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No. 08CR1019-BTM |
| 12           Plaintiff, | DATE: May 9, 2008<br>TIME: 1:30 p.m. |
| 13  v. | NOTICE OF MOTIONS AND MOTIONS TO: |
| 14  **CESAR PONCE-SALAZAR,** | |
| 15           Defendant. | (1) COMPEL DISCOVERY/PRESERVE EVIDENCE; |
| 16 | (2) RELEASE GRAND JURY TRANSCRIPTS; |
| 17 | (3) COMPEL THE GOVERNMENT TO PROVIDE A BILL OF PARTICULARS; |
| 18 | (4) SUPPRESS STATEMENTS; |
| 19 | (5) SUPPRESS ALL EVIDENCE SEIZED IN VIOLATION OF THE FOURTH AMENDMENT; |
| 20 | (6) DISMISS INDICTMENT DUE TO MISINSTRUCTION OF GRAND JURY; AND |
| 21-22 | (7) GRANT LEAVE TO FILE FURTHER MOTIONS. |

23

24  TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
         NICOLE JONES, ASSISTANT UNITED STATES ATTORNEY:
25

26     PLEASE TAKE NOTICE that on Friday, May 9, 2008, at 1:30 p.m., or as soon thereafter as counsel

27  may be heard, defendant, Cesar Ponce-Salazar, by and through his attorneys, John C. Ellis, Jr. and Federal

28  Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

# MOTIONS

Defendant, Cesar Ponce-Salazar, by and through his attorneys, John C. Ellis, Jr. and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)   Compel Discovery/preserve Evidence;

(2)   Release Grand Jury Transcripts;

(3)   Compel the Government to Provide a Bill of Particulars;

(4)   Suppress Statements;

(5)   Suppress All Evidence Seized in Violation of the Fourth Amendment;

(6)   Dismiss Indictment Due to Misinstruction of Grand Jury; and

(7)   Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: April 29, 2008                                  */s/ John C. Ellis, Jr.*
                                                       **JOHN C. ELLIS, JR.**
                                                       Federal Defenders of San Diego, Inc.
                                                       Attorneys for Mr. Ponce-Salazar
                                                       John_Ellis@fd.org