UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1019-BTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CESAR PONCE-SALAZAR, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS SO ORDERED** for good cause having been shown, that the defendant in the above-captioned case be permitted to file the instant motions in excess of 25 pages, to be heard on May 9, 2008, at 1:30 p.m. or soon thereafter as counsel may be heard. This document is accepted and filed as of April 29, 2008.

**SO ORDERED.**

DATED: April 29, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge