KAREN P. HEWITT
United States Attorney
NICOLE ACTON JONES
Assistant U.S. Attorney
California State Bar No. 231929
Federal Office Building
880 Front Street, Room 6293
San Diego, California  92101-8893
Telephone: (619) 557-5482
nicole.jones@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1019-BTM |
| Plaintiff, | ) | |
| v. | ) | |
| CESAR PONCE-SALAZAR, | ) | JOINT MOTION TO CONTINUE MOTION HEARING |
| Defendant. | ) | |

IT IS HEREBY REQUESTED by the parties in the case, plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Nicole Acton Jones, Assistant United States Attorney, and the defendant, Cesar Ponce-Salazar, by and through his counsel, John Ellis, Federal Defenders of San Diego, Inc., that the motion hearing in the above entitled case scheduled for Friday, May 9, 2008 at 1:30 p.m., be continued to Friday, May 23, 2008 at 1:30 p.m.  The continuance is needed to provide the Government sufficient time to respond Defendant's motions.

//
//
//
//
//

08CR1019-BTM

1    The undersigned Assistant United States Attorney called the court's courtroom deputy to obtain

2   the new hearing date and that date is agreeable to all parties.  A proposed order with respect to this joint

3   motion is being submitted directly to the court via efile_moskowitz@casd.uscourts.gov.

4

5   Date:   May 1, 2008                                    s/Nicole Acton Jones
                                                           NICOLE ACTON JONES
6                                                          Assistant U.S. Attorney

7

8   Date:   May 1, 2008                                    s/John Ellis
                                                           JOHN ELLIS
9                                                          Attorney for Defendant Cesar Ponce-Salazar

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

UNITED STATES DISTRICT COURT

2

SOUTHERN DISTRICT OF CALIFORNIA

3

UNITED STATES OF AMERICA,              )        Case No. 08CR1019-BTM
                                       )
4
                    Plaintiff,         )
                                       )
5
            v.                         )
                                       )        CERTIFICATE OF SERVICE
6
                                       )
CESAR PONCE-SALAZAR,                   )
7                                      )
                                       )
8
                    Defendant.         )
                                       )
9  _____)

10

IT IS HEREBY CERTIFIED THAT:

11

     I, Nicole Acton Jones, am a citizen of the United States and am at least eighteen years of age.

12

My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

13

     I am not a party to the above-entitled action. I have caused service of Joint Motion to Continue

14

Contested OSC Hearing on the following party by electronically filing the foregoing with the Clerk of

15

the District Court using its ECF System, which electronically notifies them:

16

     **John Ellis**

17

     I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service,

18

to the following non-ECF participants on this case:

19

     None.

20

the last known address, at which place there is delivery service of mail from the United States Postal

21

Service.

22

     I declare under penalty of perjury that the foregoing is true and correct.

23

     Executed on May 1, 2008.

24

                 /s Nicole Acton Jones

25

                 NICOLE ACTON JONES

26

27

28

98CR1804-GT