1
2
3
4
5
6

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )    Criminal Case No. 08CR1019-BTM
                                     )
11           Plaintiff,               )
                                     )
12       v.                           )
                                     )    ORDER GRANTING JOINT MOTION
13  CESAR PONCE-SALAZAR,             )    TO CONTINUE MOTION HEARING
                                     )
14           Defendant.               )
                                     )
15

16      GOOD CAUSE APPEARING, it is hereby ordered that the motion hearing in the above entitled

17  case be continued from May 9, 2008 at 1:30 p.m. to May 23, 2008 at 1:30 p.m.

18  SO ORDERED.

19  DATED: May 5, 2008

20                                              _____
                                                Honorable Barry Ted Moskowitz
21                                              United States District Judge

22
23
24
25
26
27
28