1  **JOHN C. ELLIS, JR.**
California State Bar Number 228083
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  john_ellis@fd.org

5  Attorneys for Mr. Ponce-Salazar

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10  **(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | ) Case No. 08cr1019-BTM |
| 12  Plaintiff, | ) |
| 13  v. | ) **JOINT MOTION TO CONTINUE MOTION HEARING** |
| 14  CESAR PONCE-SALAZAR, | ) |
| 15  Defendant. | ) |

17  Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, John C. Ellis, Jr., and Federal Defenders of San Diego, Inc., counsel for Cesar Ponce-Salazar, along with Assistant United States Attorney Nicole A. Jones, that the motion hearing set for July 7, 2008 at 9:00 a.m. be rescheduled to **Friday, July 25, 2008, at 3:00 p.m.**

Respectfully submitted,

23  DATED:    June 17, 2008         */s/ John C. Ellis, Jr.*
**JOHN C. ELLIS, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Cesar Ponce-Salazar

26  DATED:    June 17, 2008         */s/ Nicole A. Jones*
**NICOLE A. JONES**
Assistant United States Attorney
nicole.jones@usdoj.gov