UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08cr1019-BTM |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| CESAR PONCE-SALAZAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Joint Motion to Continue Motion Hearing has been electronically served this day upon:

    Nicole A. Jones, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101

Dated: June 17, 2008                               */s/ John C. Ellis, Jr.*
                                                           JOHN C. ELLIS, JR.
                                                           Federal Defenders
                                                           225 Broadway, Suite 900
                                                           San Diego, CA 92101-5030
                                                           (619) 234-8467  (tel)
                                                           (619) 687-2666  (fax)
                                                           E-mail: john_ellis@fd.org