FILED

2008 JUN 17 PM 1:01

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____YNH_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY T. MOSKOWTIZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1019-BTM |
| Plaintiff, | ) ) ) | ORDER GRANTING |
| v. | ) ) | JOINT MOTION TO CONTINUE MOTION HEARING |
| CESAR PONCE-SALAZAR, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing in this matter now scheduled for July 7, 2008 at 9:00 a.m. be continued until July 25, 2008 at 3:00 p.m.

**IT IS SO ORDERED**.

Dated: 6-17-2008

HONORABLE BARRY T. MOSKOWITZ
UNITED STATES DISTRICT JUDGE